UNITED STATES DISTRICT COURT
for the
Western New York District of New York
Buffalo Division

Case No. 25CV908 Sinatra
*(to be filled in by the Clerk's Office)*

Adan. H. Mahamed
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Erie County Sheriff John Garcia
Deputy Superintendent Sandra Arroia
Erie County Correctional Facility
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☑ Yes ☐ No

# COMPLAINT FOR A CIVIL CASE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Adan. H. Mahamed ICN. 150251
Street Address: 56 Copeland St.
City and County: Rochester   Monroe
State and Zip Code: New York   14609
Telephone Number: 585-290-1812
E-mail Address: Not at this time

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

John Garcia, Sandra Arroia individuals.
Erie County correctional facility government agency.

Defendant No. 1
- Name: John Garcia
- Job or Title (if known): Erie county Sheriff
- Street Address: 10 Delaware AVE
- City and County: Buffalo New York    Erie
- State and Zip Code: New York    14202
- Telephone Number: unknown
- E-mail Address (if known): not Known

Defendant No. 2
- Name: Sandra Amoia
- Job or Title (if known): Deputy Superintend
- Street Address: 10 Delaware AVE
- City and County: Buffalo New York   Erie
- State and Zip Code: New York    14202
- Telephone Number: unknown
- E-mail Address (if known): unknown

Defendant No. 3
- Name: Erie Count Correctional facility
- Job or Title (if known): Joint Management
- Street Address: 11581 walden AVE
- City and County: Alden    Erie
- State and Zip Code: New York   14004
- Telephone Number: 716-937-5585
- E-mail Address (if known): unknown

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

b. If the defendant is a corporation

The defendant, *(name)* N/A , is incorporated under the laws of the State of *(name)* N/A , and has its principal place of business in the State of *(name)* N/A .

Or is incorporated under the laws of *(foreign nation)* N/A ,

and has its principal place of business in *(name)* N/A .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

I am seeking Relief from damages in the amount of 20 million dollars from violating my rights, statutes and treaties of the United States of human rights.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

#1. Erie County Correctional facility and its staff. Did Knowingly and willfully place me in an unsafe living environment to where I have been injured and my life is in danger, on or about July 15, 2025 and on going to this moment as I write this claim. I am forced to sleep in an illegal bunk bed that is unsafe to where I feel out of bunk bed and hurt myself and hurts every time I have to get in it. Please See page marked #1 for more info.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I am asking in damages and relief 20 million dollars for the following: pain of my body, pain of my hip, Arm, pain for my head, emotional stress, emotional pain, emotional injury, physical stress, physical pain physical injury, loss of family, loss of money, loss of work, loss of my good name, loss of freedom of religion, loss of who I am as person. Not getting treatment for ear pain and hip pain. Not getting any Medical treatment of any kind. Losing every thing that is mine, being forced into slavery. loss of my good name ⟶  Please See Page marked #1 for more Info

Page 4 of 5

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question         ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. I'm not sure, But I feel it is a question of Both Diversity and Federal question. I am not a United States citizen I have a green card. My human rights have been violated under the human rights Act of the United States, and human rights treaties of the US-N-UN. My rights under statutes of the US federal laws have also been violated along with Due process laws and rights I am afforded with and as having a green card.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* N/A , is a citizen of the State of *(name)* _____ .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* N/A , is incorporated under the laws of the State of *(name)* N/A ,

   and has its principal place of business in the State of *(name)*

   N/A .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* N/A , is a citizen of the State of *(name)* N/A . Or is a citizen of *(foreign nation)* N/A .

# ERIE COUNTY CORRECTIONAL FACILITY
## 11581 Walden Avenue   Alden, NY 14004

Page #1 III Statement of Claim   Adan. H. Mahamed   9-16-2025

I am forced against my will to shower with other men, with female gards who watch with no doors or walls. I am forced to use unclean bathrooms with no doors so once again female gards can see my uncleanness, and others can see me. I am forced to Drink unclean water, from unclean sinks that smell bad. I am forced to live with Killers and other bad people. I am forced to be made Naked by female gards in public to touch me as they search. I am forced to work with no pay. I am forced to use a nember for my Name. I am forced to eat unclean food on unclean trays by unclean people. I am forced to live with bugs and other verman. I am forced to live where there is black mold, cracked floors and walls. All of what I have Stated is hard and needs to be fixed

#2 Sandra Amoia is the person in charge who could fix all of this but does not.

#3. John Garcia is the Sheriff who is in charge of everything. He knows of all the violations and does nothing about it. So he responsable for everything.

To Court Clerk,

Will you please send any and all paper work that I may have to do to keep this case moving so I may get them done.

Thank you.

Adan. H. Mahamed.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-16-25

Signature of Plaintiff    Adan Mohamed
Printed Name of Plaintiff  Adan H. Mohamed ICN.150251

### B. For Attorneys

Date of signing: N/A

| | |
|---|---|
| Signature of Attorney | N/A |
| Printed Name of Attorney | N/A |
| Bar Number | N/A |
| Name of Law Firm | N/A |
| Street Address | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address | N/A |